DANIEL J. BRODERICK, #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DONNELL McKINLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:07-cr-00004 OWW |
| Plaintiff, | STIPULATION TO CONTINUE MOTIONS HEARING; AND ORDER THEREON |
| v. | Date:  May 21, 2007 |
| DONNELL McKINLEY, | Time:  1:30 P.M. |
| Defendant. | Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the motions hearing in the above captioned matter now scheduled for April 30, 2007, **may be continued to May 21, 2007 at 1:30 P.M.**

The grounds for the continuance are further defense investigation and  preparation and to allow the parties additional time for plea negotiation.

///

///

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and 3161(h)(8)(A).

McGREGOR M. SCOTT
United States Attorney

DATED: April 24, 2007    By   /s/  Mark J. McKeon
MARK J. McKEON
Assistant United States Attorney
Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: April 24, 2007    By /s/ Melody M. Walcott
MELODY M. WALCOTT
Assistant Federal Defender
Attorney for Defendant
DONNELL McKINLEY

**ORDER**

**IT IS SO ORDERED**. Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   April 27, 2007**          /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE